# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT SEGURA,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERSTATE BATTERIES OF SIMI VALLEY; DOES 1-50, inclusive<br><br>    Defendants. | Case No. 2:14-cv-01887-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 14), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Thursday, March 19, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 4, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**